FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0600

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0600

_____

DEBORAH LOUISE HERRINGTON,

     Petitioner and Appellee,

  v.                                    O R D E R

MICHAEL STEVEN ROGERS,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Deborah Herrington, Michael Rogers, and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 18 2020